**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Case No. | 1:26-mj-94 |
| | ) | | 1:26-cr-30 |
| OCTAVIO ANDRADE-AGUILERA | ) | | |

## UNITED STATES' UNOPPOSED MOTION TO DISMISS

Immigration and Customs Enforcement personnel have advised the undersigned that, on April 17, 2026, the defendant was removed from the United States to Mexico. Pursuant to Fed. R. Crim. P. 48(a), the United States now respectfully moves the Court to dismiss without prejudice the criminal complaint filed in the above-captioned case.

The undersigned conferred with defense counsel regarding the present motion, and defense counsel does not object.

Respectfully submitted,

FRANCIS HAMILTON, III
UNITED STATES ATTORNEY

RUSS SWAFFORD
Assistant United States Attorney
Tennessee Bar No. 034803
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 385-1332
russ.swafford@usdoj.gov