**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:26-cr-30 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| OCTAVIO ANDRADE-AGUILERA | ) | Magistrate Judge Steger |

## <u>ORDER</u>

Before the Court is the Government's Unopposed Motion to Dismiss [Doc. 30] seeking to dismiss the criminal complaint in this matter without prejudice. Counsel for the Government represents that Defendant's counsel has no objection to the motion to dismiss. For good cause shown, the Government's Unopposed Motion to Dismiss [Doc. 30] is **GRANTED** and the criminal complaint against Defendant is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**